UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Chia Neng Vue, | Civ. No. 25-2827 (PAM/DLM) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela R. Bondi, United States Attorney General; Todd Blanche, Deputy United States Attorney General; Kristi Noem, Secretary of the Department of Homeland Security; Tauria Rich, Acting St. Paul Field Office Director; and Warden of Freeborn County Detention Center, | |
| Respondents. | |

This matter is before the Court on Petitioner's Motion for Leave to Proceed in forma pauperis on appeal. (Docket No. 10.) Under 28 U.S.C. § 1915, this Court may authorize a party to proceed without prepayment of fees, costs, or security, on the affidavit of a party testifying that he is unable to pay such costs, describing the nature of the appeal and his belief that he is entitled to redress. Based on a review of the record and the Application, the Court concludes that Petitioner should be allowed to proceed with his appeal in forma pauperis.

Accordingly, **IT IS HEREBY ORDERED that** Petitioner's Application to Proceed In Forma Pauperis on Appeal (Docket No. 10) is **GRANTED**.

Dated: September 3, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge